CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED -for-
SEP 2 2 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ERIC L. COLES, #285711,<br>Plaintiff, | Civil Action No. 7:05cv00471 |
| v. | **MEMORANDUM OPINION** |
| SGT. T. MCCOY, et al.,<br>Defendants. | By: Jackson L. Kiser<br>Senior United States District Judge |

Plaintiff Eric L. Coles, # 285711, a Virginia inmate proceeding pro se, brings this action pursuant to 42 U.S.C. §1983, with jurisdiction vested under 28 U.S.C. §1343. By order entered August 17, 2005 plaintiff was assessed a filing fee of $250.00 pursuant to 28 U.S.C. §1915(b) and directed to execute the then enclosed consent to withholding of fees from plaintiff's inmate account. Plaintiff was advised that failure to comply with the court's order within the allotted twenty days would result in dismissal of the complaint without prejudice.

Inasmuch as more than twenty days have elapsed and plaintiff has failed to make any attempt comply with that order, it is hereby

### ORDERED

that this case shall be and hereby is **DISMISSED** without prejudice and that this case be and hereby is **STRICKEN** from the active docket of this court.

The Clerk of the Court is directed to send a certified copy of this Order to plaintiff.

ENTER: This 22rd day of September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge